

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 266TH DISTRICT COURT OF ERATH COUNTY, GREETINGS:

On May 6, 2025, the Court of Appeals for the Fifteenth District of Texas affirmed in part and reversed and rendered in part the judgment in the following case:

Tarleton State University v. Foundation for Individual Rights and Expression

Court of Appeals No. 15-24-00057-CV
Trial Court No. CV37178

The Court of Appeals entered the following judgment or order:

This cause, an appeal from the judgment in favor of appellee, Foundation for Individual Rights and Expression, signed September 28, 2023, was heard on the appellate record. We have inspected the record and find partial error in the judgment. We therefore order the judgment of the court below **AFFIRMED** in part and **REVERSED** and **RENDERED** in part in accordance with the court's opinion.

We further order that the parties shall pay their own costs incurred by reason of this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this July 16, 2025.

**CHRISTOPHER A. PRINE, CLERK**